## CHENY *v.* SHELBYVILLE.

APPEAL from the *Shelby* Circuit Court.

*Per Curiam.*—According to the cases of *Bogart* v. *New Albany*, 1 Ind. 38, and *Webb* v. *Thorpe*, 12 *Id.* 451, we have no jurisdiction of this case; but if we have, the case of *The City of Lawrenceburg* v. *Wuest*, shows that we must affirm the judgment rendered in it below.

A city may impose a liquor license, but it must be reasonable in amount.

The appeal is dismissed, with costs.

*Ray* and *Davis,* for the appellant.

*Thomas A. Hendricks* and *P. M. Green,* for the appellee.